**SWIFT TRANSPORTATION, INC., et al., Plaintiff,**

v.

**Mary JOHN, et al., Defendant.**

**No. CIV 81–1555 PHX VAC.**

United States District Court, D. Arizona.

May 18, 1983.

CORDOVA, District Judge.

The Court having received the Mandate from the Ninth Circuit Court of Appeals remanding this matter because the appeal is moot,

IT IS ORDERED vacating the decision of this Court heretofore issued, 546 F.Supp. 1185, and also now dissolving injunction.